**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CIVIL ACTION NO. 1:20-cv-2832

[Colorado District Court, Adams County, No. 2020-CV-31152]

JOHN WILLIAMS,

        Plaintiff,

   v.

EQUIFAX INFORMATION SERVICES, LLC; LEXISNEXIS RISK SOLUTIONS INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC;

        Defendants.

---

**EXPERIAN INFORMATION SOLUTIONS, INC.'S
NOTICE OF JOINT REMOVAL**

---

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants Experian Information Solutions, Inc. ("Experian"), Equifax Information Services, LLC ("Equifax"), Trans Union, LLC ("Trans Union"), and LexisNexis Risk Solutions Inc. ("LexisNexis," and collectively, the "Defendants") jointly remove the subject action from the Colorado District Court for Adams County to the United States District Court for the District of Colorado, on the following grounds:

    1.    Plaintiff John Williams served Experian on or about August 31, 2020, with a Summons and Complaint filed in the County Court of Jefferson County, Colorado.  Copies of the Summons and Complaint are attached hereto as **Exhibit A** and **Exhibit B**.  Attached as **Exhibit C** is the Civil Case Cover Sheet.  No other process, pleadings, or orders have been served on Experian.

2. Equifax's Consent to Removal is attached as **Exhibit D**. Trans Union's Consent to Removal is attached as **Exhibit E**. LexisNexis's Consent to Removal is attached as **Exhibit F.** Equifax, Trans Union, and LexisNexis have not been dismissed from the case.

3. Plaintiff's claims arise under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. (the "FCRA"). (*See* Ex. B ¶¶ 23-27 (bringing a single Count against all Defendants arising from the FCRA).)

4. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 because there is a federal question. This suit arises from the FCRA which thereby supplies this federal question.

5. Pursuant to 28 U.S.C. § 1441, *et seq.*, this cause may be removed from the Colorado District Court for Adams County to the United States District Court for the District of Colorado.

6. Notice of this removal will be promptly filed with the Colorado District Court for Adams County and served upon all adverse parties.

WHEREFORE, Defendant Experian, jointly with all other Defendants, hereby removes the subject action from the Colorado District Court for Adams County to this United States District Court for the District of Colorado.

**Dated**: September 18, 2020

Respectfully submitted,

*/s/ Robyn B. Averbach*
Robyn B. Averbach
REUBEL & QUILLEN LLC
8461 Turnike Drive, Suite 206
Westminster, CO 80031
Telephone: (888) 989-1777

2

Facsimile:  (303) 362-5724
Email:  robyn@rq-law.com

Sean Yi
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134
Telephone:  (858) 314-1183
Email:  syi@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 18, 2020, a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

*/s/ Stephanie Arnold*

Stephanie Arnold, Paralegal