**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  20-cv-02832-LTB-MEH

JOHN WILLIAMS,

      Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC;
LEXISNEXIS RISK SOLUTIONS, INC.;
EXPERIAN INFORMATION SOLUTIONS, INC.; and
TRANS UNION, LLC,

      Defendants.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice of Trans Union LLC (Doc 31 - filed December 8, 2020), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant Trans Union, LLC only,** each party to pay their own fees and costs.

                    BY THE COURT:

                      s/Lewis T. Babcock
                      Lewis T. Babcock, Judge

DATED:  December 9, 2020