# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action Number 1:20-cv-02832-LTB-MEH

JOHN WILLIAMS,
    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC;
LEXISNEXIS RISK SOLUTIONS INC.;
EXPERIAN INFORMATION SOLUTIONS, INC.;
    Defendants.

_____

## STIPULATION TO DISMISS PARTY EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE

_____

    Plaintiff John Williams ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") file this Stipulation To Dismiss Experian with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and in support thereof respectfully show the Court as follows:

    There are no longer any issues in this matter between Plaintiff and Experian to be determined by the Court. Plaintiff and Experian hereby stipulate that all claims or causes of action against Experian, which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, without costs or fees to any party.

    IT IS SO STIPULATED.

Dated:  December 23, 2020						Respectfully submitted,

							By:  s/Sean Yi
							Sean Yi
							JONES DAY
							4655 Executive Drive, Suite 1500
							San Diego, CA 92121-3134
							Telephone: 1.858.314.1183
							Email: syi@jonesday.com

							*Counsel for Defendant Experian Information Solutions, Inc.*


Dated:  December 23, 2020						Respectfully submitted,

							By:  s/ Matthew R. Osborne
								Matthew R. Osborne

							Matthew R. Osborne
							11178 Huron Street, Suite 7
							Northglenn, CO  80234
							Telephone:  (303) 759-7018
							Email:  matt@mrosbornelawpc.com

							*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on 12/23/20, I served a true and correct copy of the Stipulation to Dismiss Experian Information Solutions, Inc. with Prejudice via CM/ECF to:

All counsel of record.

s/ Mike Nobel