**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  20-cv-02832-LTB-MEH

JOHN WILLIAMS,

       Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC;
LEXISNEXIS RISK SOLUTIONS, INC.;
EXPERIAN INFORMATION SOLUTIONS, INC.; and

       Defendants.

## ORDER

THIS MATTER having come before the Court on the Stipulation to Dismiss Party Experian Informational Solutions, Inc., With Prejudice (Doc 33 - filed December 23, 2020), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant Experian Informational Solutions, Inc. only,** each party to pay their own fees and costs.

                      BY THE COURT:

                        s/Lewis T. Babcock
                      Lewis T. Babcock, Judge

DATED:   December 28, 2020