IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:20-cv-02832-LTB

JOHN WILLIAMS,

    Plaintiffs

v.

EQUIFAX INFORMATION SERVICES, LLC.
LEXISNEXIS RISK SOLUTIONS INC.,
EXPERIAN INFORMATION SOLUTIONS,
TRANS UNION, LLC;

    Defendants.

## STIPULATION TO DISMISS PARTY LEXISNEXIS RISK SOLUTIONS INC. WITHOUT PREJUDICE

Plaintiff John Williams ("Plaintiff") and Defendant LexisNexis Risk Solutions Inc. ("LNRS") file this Stipulation To Dismiss LNRS without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and in support thereof state as follows:

There are no longer any issues in this matter between Plaintiff and LNRS to be determined by the Court.  Plaintiff and LNRS hereby stipulate that all claims or causes of action against LNRS, which were or could have been the subject matter of this lawsuit are hereby dismissed without prejudice, without costs or fees to any party.

IT IS SO STIPULATED.

sf-4411926

Dated: February 5, 2021

Respectfully submitted,

s/Nicole K. Serfoss
Nicole K. Serfoss (Reg. No. 36815)
Morrison & Foerster LLP
4200 Republic Plaza
370 17th Street
Denver, Colorado  80202-5638
Telephone: (303) 592-1500

Attorneys for Defendant
LexisNexis Risk Solutions Inc.

Respectfully submitted,

s/Matthew R. Osborne
Matthew R. Osborne

11178 Huron Street, Suite 7
Northglenn, Colorado  80234
Telephone: (303) 759-7018

Attorneys for Plaintiff

2

sf-4411926

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following email address:

matt@mrosbornelawpc.com
robyn@rq-law.com
moseley@wtotrial.com
psheldon@qslwm.com
syi@jonesday.com

                                              /s Mike Nobel

sf-4411926