## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Civil Case No.  20-cv-02832-LTB-MEH

JOHN WILLIAMS,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC;
LEXISNEXIS RISK SOLUTIONS, INC.;

    Defendants.

_____

## ORDER
_____

THIS MATTER having come before the Court on the Stipulation to Dismiss Party LexisNexis Risk Solutions, Inc., Without Prejudice (Doc 35 - filed February 5, 2021), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE as to Defendant LexisNexis Risk Solutions, Inc., only,** each party to pay their own fees and costs.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED:  February 8, 2021