**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action Number 1:20-cv-02832-LTB-MEH

JOHN WILLIAMS,
        Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC;
LEXISNEXIS RISK SOLUTIONS INC.;
EXPERIAN INFORMATION SOLUTIONS, INC.;
        Defendants.

_____

**STIPULATION TO DISMISS CASE WITH PREJUDICE**

_____

Plaintiff John Williams ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax") file this Stipulation To Dismiss Case with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and in support thereof respectfully show the Court as follows:

There are no longer any issues in this matter between Plaintiff and Equifax to be determined by the Court.  Plaintiff hereby stipulates that all claims or causes of action against Equifax, which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, without costs or fees to any party.

IT IS SO STIPULATED.

2

Dated:  March 16, 2021                     <u>s/Jeremy A. Moseley</u>
Jeremy A. Moseley
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554
Telephone: 303-839-3800
Facsimile: 303-839-3838
Email: jmoseley@spencerfane.com

*Attorneys for Defendant*
*Equifax Information Services LLC*

Dated:  March 16, 2021                     Respectfully submitted,

By:  <u>s/ Matthew R. Osborne</u>
      Matthew R. Osborne

Matthew R. Osborne
11178 Huron Street, Suite 7
Northglenn, CO  80234
Telephone:  (303) 759-7018
Email:  matt@mrosbornelawpc.com

*Attorney for Plaintiff*

2

3

## CERTIFICATE OF SERVICE

I certify that on 3/16/21, I served a true and correct copy of the Stipulation to Dismiss Case with Prejudice via CM/ECF to:

All counsel of record.

<u>s/ Mike Nobel</u>

3