**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  20-cv-02832-LTB-MEH

JOHN WILLIAMS,

       Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC;

       Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulation to Dismiss Case With Prejudice (Doc 37 - filed March 16, 2021), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                    BY THE COURT:

                    s/Lewis T. Babcock
                    Lewis T. Babcock, Judge

DATED:  March 17, 2021